PD-1306-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 4/5/2016 1:40:08 PM
Accepted 4/5/2016 2:52:28 PM
ABEL ACOSTA
CLERK

## No. PD-1306-15

| | | |
|---|---|---|
| **MARK MCCAY** | § | **IN THE COURT OF** |
| **V.** | § | **CRIMINAL APPEALS** |
| **THE STATE OF TEXAS** | § | **OF TEXAS** |

*Granted 4/7/2016 Clerk/Judge*

## MOTION TO WITHDRAW AS APPOINTED COUNSEL

**TO THE HONORABLE JUDGES OF SAID COURT:**

**COMES NOW** the undersigned attorney and moves to withdraw as counsel of record on this case. In support of this Motion, the undersigned attorney would show the following:

### I.

On August 20, 2012, the trial court found Mr. McCay to be indigent and appointed the Dallas County Public Defender's Appellate Division to act as counsel for Mr. McCay on appeal. The undersigned attorney represented Mr. McCay through the direct appeal process in the Fifth Court of Appeals and subsequently filed a Petition for Discretionary Review in this Court. The Petition for Discretionary Review was denied on March 23, 2016.

FILED IN
COURT OF CRIMINAL APPEALS

April 5, 2016

ABEL ACOSTA, CLERK

## II.

On April 4, 2016, the undersigned attorney received a written communication from Timothy W. Sorenson, a licensed attorney in Texas, (State Bar #18848400) stating that Mr. McCay had retained him as counsel "in connection with various motions related to his Petition for Discretionary Review." Since Mr. McCay has retained counsel, it is apparent that he is not currently indigent and, as such, is not entitled to appointed counsel.

## III.

In this same written communication, Mr. Sorenson stated that he was filing an appearance on Mr. McCay's behalf.

WHEREFORE PREMISES CONSIDERED, the undersigned attorney prays to be allowed to withdraw as appointed counsel.

Respectfully submitted,

Lynn Pride Richardson
Chief Public Defender
Dallas County, Texas

/s/ Katherine A. Drew
Katherine A. Drew
Assistant Public Defender
State bar No. 06117800
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 875-2360 (phone)
(214) 875-2363 (fax)
Kathi.Drew@dallascounty.org

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing motion was served on the following persons:

Mr. Timothy W. Sorenson
5000 Whitestone Lane, Suite 1115
Plano, Texas 75024
twsorenson@yahoo.com

Ms. Patricia Noble
Dallas County Criminal District Attorney's Office Appellate Section1
133 N. Riverfront Blvd., B-19, 10th Floor
Dallas, Texas, 75207
Patricia.Noble@dallascounty.org

Ms. Lisa McMinn
The State's Prosecuting Attorney
P. O. Box 13046
Austin, Texas 78711-3046
information@spa.texas.gov

by electronic transmission on April 5, 2016, and on

Mr. Mark McCay
2611 Madera Ave.
Dallas, Texas 75206

by first class mail, postage prepaid, on April 5, 2016

/s/ Katherine A. Drew
Katherine A. Drew